```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

SARRO, et al.,

                     Plaintiffs,

    -against-

HOME GOODS, INC. et al.,

                     Defendant.

```
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023

7:23-cv-04262-NSR-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for SEPTEMBER 28, 2023 at 10 AM.  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

    **SO ORDERED.**

DATED:    White Plains, New York
                September 11, 2023

                                                      _____
                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge