MEMO ENDORSED

# SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon
_____

Irina Feferman*
Michael C. Hayes
Amanda M. Hill
Thomas J. Jannace
Matthew C. Maloney
Aric H. Peymann
Scott H. Wertheimer
Nicholas C. Zotto

Counsel

Susan B. Jannace
Ross M. Chinitz^
_____

*Also Admitted NJ
^Also Admitted CT

> **In light of the extension of the discovery deadlines, the parties joint request to adjourn the Status Teleconf from Feb. 13, 2024 until June 26, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 18 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 37.**
> **Dated: White Plains, NY**
> **February 5, 2024**
>
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

December 8, 2023

**VIA ECF**
District Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: Alessandra Sarro and Anthony Sarro v. HomeGoods, Inc.
        and The TJX Companies, Inc.
        and Marshalls of MA, Inc.
        Civil Action No.: 23-cv-4262-NSR

Dear Judge Roman:

    This office represents defendants HomeGoods, Inc. and The TJX Companies, Inc. (hereinafter "TJX") in the above-referenced matter. Kindly accept this correspondence as the parties' joint request for an adjournment of the Case Management Conference, which is presently scheduled for February 13, 2024.

    Since the initial case discovery plan and scheduling order, the parties have continued to engage in discovery, which has necessitated the extension of the discovery deadlines. To wit, the deadline for the completion of all discovery in this matter has been extended to May 31, 2024 (original January 12, 2024). Accordingly, and as per Magistrate Judge Reznik's December 4, 2023 Order, the parties respectfully request an adjournment of the February 13, 2024 case management conference.

    Thank you for the opportunity to address the Court in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/2024

December 8, 2023
Page 2


                                    Respectfully submitted,
                                    /s/ Irina Feferman
                                    Irina Feferman

IF:

cc:  **<u>Via ECF</u>**
      Joseph T. Coiro, Esq.
      Coiro & Chinitz
      Attorneys for Plaintiffs

818371