USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/08/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALESSANDRA SARRO et al.,

                Plaintiffs,

  -against-

HOMEGOODS, INC, et al.,

                Defendants.

23-cv-4262 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

    The Court further denies as moot the motion at ECF No. 30 and directs the Clerk of Court to terminate the motion at ECF No. 30.

Dated:   May 8, 2024
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge